(1)

In THE UNITED STATES District
Court for THE MIDDLE DISTRICT
OF Alabama

RECEIVED

JUN 13 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Herring
et, Al. Plaintiff

Date: June 11 2005

1:05CV563-T

VS

The Coffee County Commission, The State
of Alabama, Coffee County Jail Administrator
Zack Ennis, Jail employs X, Y, Z, District
Court Judge Paul Sherling, District
Attorny Gary McAilily and the Coffee
County Bar Association, Also Defendents
X,Y,Z, as they become Known to these
Plaintiffs & Defendents,

## PETITION FOR A WRIT OF
## "HABEAS CORPUS"

Comes now the above named plaintiff
under the most difficult circumstances to
demand this court bring before it the
bodies named above for an opportunity
to make their complaints and claims
pursuant to the "due process" clause of our
U.S. and Alabama State Constitution

The claims while not all inclusive
include the following:

"Claims"

1) At least eighteen white males in cell block one are being held on a charge that is not a part of the published and current Code of Alabama.

2) Their bonds have been set at rates exceeding those allowed by state law.

3) Some bonds are required to be paid in "Cash Only"

4) There is no provision under "Alabama law" allowing such requirements.

5) The provision is being administered arbitrarily and simply denies poor inmates the "right to bail"

6) Defendants are being arrested, searched, & jailed without the existance of a warrant or complaint and the denial of a copy of the warrant when such exist.

7) Not only are defendants jailed without their due process rights they are being denied the most basic of needs, ie, bath facilities, "adequate food amount," personal belongings, "razors," pillows underwear, etc. also, "use of law library," and the list is endless.

(3)

"claims contintued"

8) Some inmates have been confined for months without an "initial appearance" or "preliminary hearing".

9) In summary the conditions make impossible an adequate complaint but a hearing on such will confirm the claims set out in this crude but accurate petition.

Wherefor the undersigned verifies by his signature that the above claims are witnessed first hand ~~of the statues~~ ~~listed above~~! The petition ask this court to set this matter immediately for a hearing as it has previously been before this court only to be ignored because for the most part only involves "white males" of the lower income of our society.

The author by his signature begs this court to consider it in its entirety as a affidavid!

Signed: _____

witnesses:
1) Michael D Smith          3) Anthony Karpinski
2) ~~Can~~ Hussy            4) Scotty Sam

Inmates:

(4)

"Wittnesses Contintued"

5) Charles & Jones         16)
6) Gary Charles            17)
7) Aaron Wright            18)
8) Brandon Harris          19)
9)                         20)
10)                        21)
11)                        22)
12)                        23)
13)                        24)
14)                        25)
15)

Date: 6-11-05

# Affidavit of Scottie Senn

1. I am Scottie Senn
2. I am 26 years old
3. I reside at Coffee Co. Jail
4. I have been confined in the Coffee Co. Jail for 24 days
5. I am confined on a charge that is not contained in the Code of Alabama.
6. I have been effectively denied because of a "cash only" requirement placed there by a judicial officer.

7. The "cash only" requirement prevents the assistance of a professional bondsman and makes impossible my raising the cash.

8. My commitment to the jail was done without an order from a judicial officer as required by Alabama Statute.

Further the affidavit seith not:

DATE= JUNE 11, 2005


AFFIDAVID OF ANTHONY KARP!


I AM ANTHONY PAUL KARPINSKI

I AM 38 YEARS OLD

I RESIDE COFFEE COUNTY JAIL

I HAVE BEEN CONFINED AT THE

COFFEE COUNTY JAIL FOR 67

DAYS

I AM CONFINED ON URINANALSES

TEST ON SUBSTANCE THAT IS

NOT IN THC CODE OF ALABAM

I HAVE BEEN DENIED ANY

BAIL BY JUDICAL OFFICEL

MY COMMITAL to THIS JAIL WAS

DONE WITHOUT AN ODER FROM

A JUDICAL OFFICEL AS REQUIRED

BY ALABAM STATUTE

FURTHER the AFFIDAVID SAYTH NOT

*Anthony Paul Karpinski*

JUNE 11, 2005

DATE! 6/11/05

## Affidavit of Shanna Ballard

1. I am Shanna Ballard.
2. I am 26 years old
3. I reside at the Coffee County Jail.
4. I have been confined in the Coffee County Jail for 24 days.
5. I am confined on a charge that is not contained in the Code of Alabama.
6. I have been effectively denied because of a "cash only" requirement placed there by a judicial officer.
7. The "cash only" requirement prevents the assistance of a professional bondsman, and makes impossible my raising the cash
8. My commitment to the jail was done without an order from a judicial officer as required by Alabama Statue.

Further the Affidavid
sayth not!

Sincerely: Shanna Ballard

June, 11, 2005

~~Bennie D. He~~

Bennie D. Herring
Coffee County Jail
County Complex #4
Hwy. 84 E.
New Brockton 36351