IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BENNIE D. HERRING, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05-CV-563-T |
| THE COFFEE COUNTY COMMISSION, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |

**O R D E R**

Upon thorough review of the 28 U.S.C. § 2241 petition for habeas corpus relief filed by Bennie D. Herring on June 13, 2005, and for good cause, it is

ORDERED that on or before July 6, 2005 Herring shall file an amendment to his petition which:

1. Advises the court of the basis for <u>his</u> confinement in the Coffee County Jail.

2. Explains how <u>his</u> confinement in the Coffee County Jail is violative of the Constitution of the United States. Herring is advised that he must assert claims relative to the constitutionality of <u>his</u> confinement, not the confinement of other inmates.

Done this 20th day of June, 2005.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE