IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BENNIE D. HERRING, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05-CV-563-T |
| THE COFFEE COUNTY COMMISSION, ) | |
| et al., ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before July 25, 2005 the petitioner shall show cause why he has failed to file an amendment to his petition in compliance with the order entered on June 20, 2005. The petitioner is cautioned that if he fails to file a response to this order and an amendment to his petition as directed by this court the undersigned will recommend that this case be dismissed.

Done this 15th day of July, 2005.

                /s/Charles S. Coody
           CHARLES S. COODY
           CHIEF UNITED STATES MAGISTRATE JUDGE