IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BENNIE D. HERRING, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05-CV-563-T |
| | ) | |
| THE COFFEE COUNTY COMMISSION, et al., | ) ) ) | |
| Respondents. | ) | |

**O R D E R**

Upon review of the affidavit filed by the petitioner on August 10, 2005 (Court Doc. No. 5), and for good cause, it is

ORDERED that this document be and is hereby construed as an amendment to the petition filed in compliance with the order entered on June 20, 2005.

Done this 11th day of August, 2005.

        /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE