IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BENNIE D. HERRING, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05-CV-563-T |
| | ) |
| THE COFFEE COUNTY COMMISSION, et al., | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

Upon review of the affidavit and objections filed by the petitioner on August 10, 2005 (Court Doc. No. 5), and for good cause, it is

ORDERED that the Recommendation entered on August 4, 2005 be and is hereby WITHDRAWN.

Done this 11th day of August, 2005.

                                             /s/Charles S. Coody
                                             CHARLES S. COODY
                                             CHIEF UNITED STATES MAGISTRATE JUDGE