**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sheriff Benjamin M. Moates
   #4 Co. Complex
   New Brockton, AL 36351

   05cv563

2. Article Number
   (Transfer from service label)   7005 1160 0001 3017 4383

PS Form 3811, August 2001       Domestic Return Receipt       102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Beverly Sparrow    ☐ Agent  ☒ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Beverly Sparrow               8/17/5

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes