**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

District Attorney Gary L. McAliley
PO Box 311102
Enterprise, AL 36331

05CV563

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Valerie McGuire_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

Valerie McGuire

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7005 1160 0001 3017 4406

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540