

Bonnie Haning
POD 5
8955 US 231
Wetumpka Al. 36092

US District Court
Middle District
Federal Courthouse
Montgomery Al. 36104

ELMORE COUNTY