IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BENNIE D. HERRING, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05-CV-563-T |
| ) | |
| THE COFFEE COUNTY COMMISSION, ) | |
| et al., ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

Upon review of the file in this case, and as the petitioner is no longer incarcerated in the Coffee County Jail, it is

ORDERED that:

1. On or before September 1, 2005, the petitioner shall show cause why this case should not be dismissed as moot.

2. The filing of an answer be and is hereby STAYED until further order of this court.

Done this 24th day of August, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE