1:05cv563-T

Bennie Harris
P.O. Box 159
Montgomery, Al.
Montgomery Jail
36101-0159

Judge Myron Thompson
U.S. Middle District Court
Montgomery, Al. 36101-0711
P.O. Box 711

INMATE MAIL
Montgomery City Jail

