IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BENNIE D. HERRING, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  1:05cv563-T |
| | ) | (WO) |
| COFFEE COUNTY COMMISSION, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On September 21, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby adopted, it is

ORDERED and ADJUDGED that the petition for habeas corpus relief be and is hereby DENIED and DISMISSED without prejudice to afford the petitioner an opportunity to exhaust all available state court remedies.

Done this the 28th day of October 2005.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE