IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BENNIE D. HERRING, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05cv563-T |
| ) | |
| COFFEE COUNTY COMMISSION, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the respondents and against the petitioner, and that this action be and is hereby dismissed without prejudice.

Done this the 28th day of October 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE