In THE MIDDLE DISTRICT OF ALABAMA

U.S.

v.                                    1:05cr181-T

Bennie Herring                        1:05cv 563 T

## NOTICE OF APPEAL / REQUEST

Comes now Bennie Dean Herring giving notice of his appeal to the 11th circuit court of Appeals. This Notice is a request pursuant to local rules.

Respectfully submitted this 11-16-05

hand written version to 11th Cir.