IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| BENNIE D. HERRING, ) | |
| ) | |
|    Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:05cv563-T |
| ) | |
| COFFEE COUNTY COMMISSION, ) | |
| et al., ) | |
| ) | |
|    Respondents. ) | |

### ORDER

This cause is now before the court on petitioner's notice of appeal (Doc. No. 20), which the court is treating as a motion for certificate of appealability.

To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right."  28 U.S.C.A. § 2253(c)(2).  The court finds that the petitioner has failed to make this showing.

Accordingly, it is ORDERED that petitioner's motion for a certificate of appealability is denied.

DONE, this the 28th day of November, 2005.


       /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**