IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 05-16516-A

BENNIE D. HERRING,

                  Petitioner-Appellant,

versus

COFFEE COUNTY COMMISSION,
THE STATE OF ALABAMA, et. al.,

                  Respondents-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

  Appellant's motion for a certificate of appealability, construed from the notice of appeal, is DENIED because appellant has failed to make the requisite showing. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 478, 120 S.Ct. 1595, 1600-01, 146 L.Ed.2d 542 (2000). Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT. Appellant's motion for release pending appeal is DENIED. Appellant's motion to amend petition is DENIED because such relief is unavailable in this Court.

                  /s/ Susan H. Black
                  UNITED STATES CIRCUIT JUDGE