IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 05-16516-A



BENNIE D. HERRING,

    versus

                     Petitioner-Appellant,

COFFEE COUNTY COMMISSION,
THE STATE OF ALABAMA, et. al.,

                     Respondents-Appellees.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

Before : **BLACK and BARKETT,** Circuit Judges.

BY THE COURT:

Appellant's motion for leave to file out of time a "Petition for Rehearing," which we construe as a motion for reconsideration of this Court's order dated February 8, 2006, is GRANTED. Upon reconsideration, appellant's motion for a certificate of appealability, construed from the notice of appeal, is DENIED because appellant has failed to make the requisite showing. See 28 U.S.C. § 2253(c)(2); O'Sullivan v. Boerckel, 526 U.S. 838, 842, 119 S.Ct. 1728, 1731, 144 L.Ed.2d 1 (1999). Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT. Appellant's motions for release pending appeal and to amend petition are DENIED.